**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| RONALD LOPEZ, | No. CV 06-2681-VBF (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| ROBERT HOREL, et al., | |
| Respondents. | |

Pursuant to the order adopting the Magistrate Judge's Merits Report and Recommendation, IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: September 30, 2008

_Valerie Baker Fairbank_
HONORABLE VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE